UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KINGVISION PAY-PER-VIEW, LTD.,   JUDGMENT
                                 06-CV- 6253 (SLT)
                Plaintiff,

  -against-

CASTILLO RESTAURANT CORP. d/b/a
Castillo Restaurant, and NELLY PENA,
Individually and as officer, director, and/or
shareholder of Castillo Restaurant Corp.,

                Defendants.
-----------------------------------------------------------------x

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on September 18, 2007, granting plaintiff's motion for a default judgment; and directing the Clerk of Court to enter judgment awarding plaintiff $1,000.00 in statutory damages pursuant to § 605(e)(3)(C)(i)(II); $10,000.00 in enhanced damages pursuant to § 605(e)(3)(C)(ii); and $550.00 in attorneys' fees, plus costs against defendants; ordering that defendants Castillo Restaurant Corp. d/b/a Castillo Restaurant and Nelly Pena, are jointly and severally liable to plaintiff; it is

JUDGMENT
06-CV- 6253 (SLT)

ORDERED and ADJUDGED that plaintiff's motion for a default judgment is granted; that judgment is hereby entered in favor of plaintiff, Kingvision Pay-Per-View, Ltd., and against defendants, Castillo Restaurant Corp. d/b/a Castillo Restaurant, and Nelly Pena, Individually and as an officer, director, and/or shareholder of Castillo Restaurant Corp., awarding plaintiff $1,000.00 in statutory damages pursuant to § 605(e)(3)(C)(ii)(II); $10,000.00 in enhanced damages pursuant to § 605(e)(3)(C)(ii); and $550.00 in attorneys' fees, plus costs against defendants; and that defendants Castillo Restaurant Corp. d/b/a Castillo Restaurant and Nelly Pena , are jointly and severally liable to plaintiff.

Dated: Brooklyn, New York
October 18, 2007

/s/ RCH
ROBERT C. HEINEMANN
Clerk of Court